## IN THE SUPREME COURT OF THE STATE OF NEVADA

DENNIS BAHAM, AN INDIVIDUAL,
Appellant,
vs.
BAYVIEW LOAN SERVICING, LLC, A
FOREIGN LIMITED LIABILITY
COMPANY,
Respondent.

No. 83096

**FILED**

JUL 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY

### *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court post-judgment order granting a motion to strike a default. Eighth Judicial District Court, Clark County; Nadia Krall, Judge.

This court only has jurisdiction to consider appeals that are authorized by a statute or a court rule. *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule appears to authorize an appeal from a post-judgment order striking a default. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc: Hon. Nadia Krall, District Judge
Dennis Baham
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

21-20283